1  EDMUND G. BROWN JR.                         Jerry D. Rothman
   Attorney General of the State of California   State Bar No. 226686
2  DAVID S. CHANEY                             LAW OFFICE OF JERRY D.ROTHMAN
   Senior Assistant Attorney General           16633 Ventura Boulevard, Suite 1400
3  FRANCES T. GRUNDER                          Encino, CA 91436
   Senior Assistant Attorney General           Telephone: (818) 528-7780
4  THOMAS S. PATTERSON                         Fax: (818) 990-6302
   Supervising Deputy Attorney General         E-mail: jrothman@helpulegal.com
5  VIRGINIA I. PAPAN, State Bar No. 143659
   Deputy Attorney General                     Attorney for Plaintiff Amelia Euceda
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5956
     Fax:  (415) 703-5843
8    Email:  Gina.Papan@doj.ca.gov

9  Attorneys for Defendants Maureen McLean and
   Richard Kirkland
10

11                    IN THE UNITED STATES DISTRICT COURT
12
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
13
                          SAN FRANCISCO DIVISION
14

15 | **AMELIA EUCEDA** | C 06-1411 PJH |
   | **as an individual Successor in interest to** | |
16 | **Jesus Noe Maldonado, decendent,** | **STIPULATION TO CONTINUE** |
   | | **DISCOVERY CUTOFF DATES** |
17 | Plaintiff, | |
18 | **v.** | Judge: The Honorable Phyllis J. Hamilton |
19 | **PELICAN BAY STATE PRISON,** | |
   | **RICHARD KIRKLAND, WARDEN AND** | |
20 | **MAUREEN McCLEAN  ,** | |
21 | Defendants. | |
22

23          THE PARTIES THROUGH THEIR UNDERSIGNED COUNSEL, STIPULATE AND

24  AGREE AS FOLLOWS:

25         Trial in this matter is currently scheduled to begin on October 22, 2007, and the court

26  ordered that the parties disclose experts on February 15, 2007.  The expert discovery cutoff was

27  set for March 19, 2007, and the non-expert discovery cutoff was set for March 19, 2007.

28

Stipulation to Continue Discovery Cutoffs                                    *Euceda v. Kirkland, et al.*
                                                                              C 06-1411 PJH
                                         1

1      The parties have agreed to continue the above referenced discovery dates for thirty-five

2   days in order to allow the parties additional time to evaluate their cases and explore the

3   possibility of a settlement agreement or dispositive motions;

4      THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

5      (1)   A continuance of the deadlines for non-expert discovery, expert disclosure, and

6   depositions of expert witnesses is in the best interests of the parties;

7      (2)   Subject to further agreement by the parties or order of this Court, the date for

8   disclosure of expert witnesses is continued until March 23, 2007, followed by mutually

9   agreeable deposition dates.  Additionally, the expert discovery cutoff and the non-expert

10  discovery cutoff dates are continued until April 23, 2007.

11  Dated:  February 15, 2007

12                          EDMUND G. BROWN JR.
                            Attorney General of the State of California
13

14                          By:  /s/ Virginia I. Papan
                            VIRGINIA I. PAPAN
15                          Deputy Attorney General
                            Attorneys for Defendants
16                          Maureen McLean and Richard Kirkland

17

18  Dated: February 15, 2007

19                          LAW OFFICE OF JERRY D. ROTHMAN
                            Jerry D. Rothman
20

21                          By:  /s/ Jerry D. Rothman
                            JERRY D. ROTHMAN
22                          Attorney for Plaintiff Amelia Euceda

23

24  IT IS SO ORDERED.

25
            2/16/07
26  Dated:_____        _____
                            Hon. Phyllis J.
27                          District Court J

                            IT IS SO ORDERED
28                          Judge Phyllis J. Hamilton

Stipulation to Continue Discovery Cutoffs                    Euceda v. Kirkland, et al.
                                                            C 06-1411 PJH