1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Senior Assistant Attorney General
3  FRANCES T. GRUNDER
   Chief Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  VIRGINIA I. PAPAN, State Bar No. 143659
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5956
     Fax: (415) 703-5843
8    Email: Gina.Papan@doj.ca.gov

9  Attorneys for Defendants Maureen McLean and
   Richard Kirkland

Jerry D. Rothman
State Bar No. 226686
LAW OFFICE OF JERRY D. ROTHMAN
16633 Ventura Boulevard, Suite 1400
Encino, CA 91436
Telephone: (818) 528-7780
Fax: (818) 990-6302
E-mail: jrothman@helpulegal.com

Attorney for Plaintiff Amelia Euceda

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMELIA EUCEDA, as an individual Successor in interest to Jesus Noe Maldonado, decendent,<br><br>Plaintiff,<br><br>v.<br><br>PELICAN BAY STATE PRISON, RICHARD KIRKLAND, WARDEN AND MAUREEN McCLEAN,<br><br>Defendants. | C 06-1411 PJH<br><br>STIPULATION TO CONTINUE DISCOVERY CUTOFF DATES<br><br>AND ORDER<br><br>Judge: The Honorable Phyllis J. Hamilton |

THE PARTIES THROUGH THEIR UNDERSIGNED COUNSEL, STIPULATE AND AGREE AS FOLLOWS:

Trial in this matter is currently scheduled to begin on October 22, 2007, and the Court ordered that the parties disclose experts on February 15, 2007. Originally, the expert discovery cutoff was set for March 19, 2007, and the non-expert discovery cutoff was set for March 19, 2007.

Stipulation to Continue Discovery Cutoffs

Euceda v. Kirkland, et al.
C 06-1411 PJH

1

Previously, the parties agreed and were granted a continuance of the above referenced discovery dates. The dates for disclosure of expert witnesses were continued until March 23, 2007, and the expert discovery cutoff and the non-expert discovery cutoff dates were continued until April 23, 2007.

The parties have again agreed to continue of the above-referenced discovery dates for thirty-five days, in order to allow the parties additional time to evaluate their cases and explore the possibility of a settlement agreement or dispositive motions.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

(1) A continuance of the deadlines for non-expert discovery, expert disclosure, and depositions of expert witnesses is in the best interests of the parties;

(2) Subject to further agreement by the parties or order of this Court, the date for disclosure of expert witnesses is continued until April 27, 2007, followed by mutually agreeable deposition dates. Additionally, the expert discovery cutoff dates are continued until May 28, 2007.

Dated: March 23, 2007

EDMUND G. BROWN JR.
Attorney General of the State of California

By: /s/ Virginia I. Papan
VIRGINIA I. PAPAN
Deputy Attorney General
Attorneys for Defendants
Maureen McLean and Richard Kirkland

Dated: March 23, 2007

LAW OFFICE OF JERRY D. ROTHMAN
Jerry D. Rothman

By: /s/ Jerry D. Rothman
JERRY D. ROTHMAN
Attorney for Plaintiff Amelia Euceda

IT IS SO ORDERED.

Dated: 3/26/07

Hon. Phyllis J. Hamilton
District Court Judge

*IT IS SO ORDERED. Judge Phyllis J. Hamilton* (seal: United States District Court, Northern District of California)

Stipulation to Continue Discovery Cutoffs

Euceda v. Kirkland, et al.
C 06-1411 PJH

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Amelia Euceda v. Richard Kirkland, et al.**

No.:   **C 06-1411 PJH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **March 23, 2007**, I served the attached

### STIPULATION TO CONTINUE DISCOVERY CUTOFF DATES

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Jerry D. Rothman, Esq.
Law Office of Jerry D. Rothman
16633 Ventura Boulevard, Suite 1400
Encino, CA 91436
Attorney for Amelia Euceda

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **March 23, 2007**, at San Francisco, California.

|  M. Xiang  |  *(signature)*  |
| :---: | :---: |
| Declarant | Signature |

20081229.wpd