BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
VIRGINIA I. PAPAN, State Bar No. 143659
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5956
 Fax:  (415) 703-5843
 Email:  Gina.Papan@doj.ca.gov

Attorneys for Defendants Kirkland and McLean

Jerry D. Rothman
State Bar No. 226686
LAW OFFICE OF JERRY D. ROTHMAN
16633 Ventura Boulevard, Suite 1400
Encino, CA 91436
Telephone: (818) 528-7780
Fax: (818) 990-6302
E-mail: jrothman@helpulegal.com

Attorney for Plaintiff Amelia Euceda

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMELIA EUCEDA as an individual Successor in interest to Jesus Noe Maldonado, decendent,<br><br>Plaintiff,<br><br>v.<br><br>PELICAN BAY STATE PRISON, RICHARD KIRKLAND, WARDEN AND MAUREEN McCLEAN ,<br><br>Defendants. | C 06-1411 PJH<br><br>**STIPULATION TO CONTINUE EXPERT DISCOVERY CUTOFF DATES** AND ORDER<br><br>Judge: The Honorable Phyllis J. Hamilton |

THE PARTIES THROUGH THEIR UNDERSIGNED COUNSEL, STIPULATE AND AGREE AS FOLLOWS:

Trial in this matter is currently scheduled to begin on October 22, 2007, and the Court originally ordered that the parties disclose experts on February 15, 2007. At that time, the expert-discovery cutoff was set for March 19, 2007, and the non-expert-discovery cutoff was set for March 19, 2007. The parties then agreed and were granted a continuance of the above referenced discovery dates. The dates for disclosure of expert witnesses were continued until

1  March 23, 2007, and the expert discovery cutoff and the non-expert discovery cutoff dates were
2  continued until April 23, 2007. The parties again agreed to continue the above-referenced
3  discovery dates for thirty-five days, in order to allow the parties additional time to evaluate their
4  cases and explore the possibility of a settlement agreement or dispositive motions. To date,
5  neither has party submitted expert reports.
6      Defendants electronically filed their motion for summary judgment and served Plaintiff by
7  mail on April 23, 2007. Plaintiff received Defendants' motion on April 25, 2007 and agrees that
8  mailed service was adequate notice in this case. The Court has set the hearing date for
9  dispositive motions on May 30, 2007.
10     Given the pending motion for summary judgment, the parties have agreed to continue the
11 dates for disclosure of expert witnesses and depositions until after the Court's decision on
12 Defendants' motion for summary judgment.
13     THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:
14     (1) A continuance of the deadlines for non-expert discovery, expert disclosure, and
15 depositions of expert witnesses is in the best interests of the parties;
16     (2) Subject to further agreement by the parties or order of this Court, the date for
17 disclosure of expert witnesses is continued until after the Court decides the pending motion for
18 summary judgment. At that time, the parties will set the expert discovery cutoff dates, submit
19 expert reports and schedule expert depositions. The parties estimate that expert discovery could
20 be completed within a six-week time frame.
21 Dated: April 26, 2007
22                          EDMUND G. BROWN JR.
                            Attorney General of the State of California
23
24                          By: /s/ Virginia I. Papan
                         VIRGINIA I. PAPAN
25                          Deputy Attorney General
                         Attorneys for Defendants
26                          Maureen McLean and Richard Kirkland
27
28

Dated: April 26, 2007

                LAW OFFICE OF JERRY D. ROTHMAN
                Jerry D. Rothman

                By: /s/ Jerry D. Rothman
                JERRY D. ROTHMAN
                Attorney for Plaintiff Amelia Euceda

IT IS SO ORDERED.

Dated: 4/30/07

                Hon. Phyllis J. Hamilton

*IT IS SO ORDERED* / Judge Phyllis J. Hamilton (seal: United States District Court, Northern District of California)